(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

FILED
JUN 10 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Xavier Perry

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Reynalds, Nichols, Highline, Deorect
Sennett, Et, al

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**Civ. Action No.** 25-725
(To be assigned by Clerk's Office)

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Perry Xavier J

Name (Last, First, MI) Aliases

762770

Prisoner ID #

J.T.V.C.C

Place of Detention

1181 Paddock rd

Institutional Address

Smyrna DE 19977

County, City State Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Reynolds
Name (Last, First)

Correctional officer
Current Job Title

1181 Paddock rd
Current Work Address

Smyrna | DE | 19977
County, City | State | Zip Code

Defendant 2: Nichols
Name (Last, First)

Court and Transportation Supervisor / Corretional officer
Current Job Title

1181 Paddock rd
Current Work Address

Smyrna | DE | 19977
County, City | State | Zip Code

**Defendant(s) Continued**

Defendant 3: Highline
Name (Last, First)

Correctional officer
Current Job Title

1181 Paddock rd
Current Work Address

Smyrna | DE | 19977
County, City | State | Zip Code

Defendant 4: Dearect
Name (Last, First)

Correctional officer
Current Job Title

1181 Paddock rd
Current Work Address

Smyrna | DE | 19977
County, City | State | Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: J.T.V.C.C. $ Sussex County CourtHouse

Date(s) of occurrence: 1-22-24

State which of your federal constitutional or federal statutory rights have been violated:

8th admendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

On 1-22-2024 I was Cuffed and Shakeled around 06:40 am by SGT Reynolds to be transfered to Court. Upon arrival at Sussex County Court house Me and one other inmate were placed in a Holding Cage for the remainder of the day. Also upon arrival at the Court house they took off all of the other inmates Court and transit gear (Chains, black box and handcuffs) and I was left in my chains, black box, and handcuffs all day. Many officers ignored my cries for help to remove my Chains and Cuffs all day long. While in the holding cell they refused to uncuff me so I could use the bathroom even after my many Complaints of my hands falling asleep. Officers told the other inmate to assult me and they would turn the cameras off so he did not get into trouble. The cuffs, chains, black box all never came off my body until my arrivale back at the prison over 8 hours later after 15:00. I told many officers that I was in pain, upon arrival at JTVCC I reported this incident and was seen by Medical as early as possible. I am currently being dyignosied for the problems thats stemed from these events. I have lost feeling in both of my hands and part of my arms due to the lack of circulation for 8 hours plus. over time my nerves in my hands have yet to come back.

Who did what?

-SGT Reynolds along with an unnamed officer that kept there name covered cuffed me at JTVCC around 06:40, transported me to Sussex county court house. Waited all day at the court house for inmates to finish court, and transported me and the other inmated I was housed with back to our jails. They both had equal opportunity to help me but refused.

-SGT Highline was the only guard telling the other inmate to beat me up or assultt me

-SGT Highline, SGT Denrest, or Denrect, SGT Reynolds, Unnamed L.T SGT Reynolds partner all laughed at me and my multiple attempts to be taken out of cuffs so I could use the bathroom properly

-SGT Highline stated "I remember you, do you remember me? Its turbo remember all that shit you talked at SVOP you didnt ever think you were gonna see me again did you?". "Hey Denrect you remember porry?" Started talking amongst themselfs I could not hear anything else this was before the cell door was shut.

-Captain Nichols was court and transportation Supervisor I contacted him on 1-28-24 via grievence and letter. Along with many as 3 other letters and he never contacted me back until 5-13-24 stating on 5-13-24 he got my letter and this is the first time of him hearing of this incident, we had a face to face meeting for about 3 minutes. Since 5-13-24 I have wrote him multiple times with no responce and I do have copies.

Was anyone else involved?

Caption Sennett of JTVCC was notified of this incident the day it happened, I wrote him 2 times with no response. He was the Unit Commader for the unit I was being housed in and helped with the cover up. I wrote him on 1-22-24, along with one other time stating that I am not hearing a response from Court and transit and I need help in my next step of approach.

- Unknown officer was SGT Reynolds Partner for the whole day. Also involed in Violating my rights, did not uncuff me at any time in the day until we returned back at the prision after 15:00

- unknown officers that all were working in my area of contentment that watched me suffer all day while ever single inmate was free of their Court and transit Chains, black box, and cuffs except me

- Unknown inmate that was housed in the cell with me from HRY (GANDER HILL) who was also uncuffed and free of court and transit gear including Black box, Chains, cuffs. He was a Min-Med Status inmate in White Doc clothing and I was a MAX Status inmate in Orang Doc clothing.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

All medical bills paid, mental health compensation, 10,000,000 for damages retaliation, compensation for future physical therapy classes

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? 4

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Xavier Perry V. SGT Reynolds dismissed without prej.
Xavier Perry V. SGT Reynolds dismissed without prej.
Xavier Perry V. Cpl Spencer dismissed

I aplogize. I do not have some of the information to my best Knowledge. None were dismissed on grounds of frivolous, malicious or fails to state a claim.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6-9-2025
Dated

[signature]
Plaintiff's Signature

Perry Xavier J
Printed Name (Last, First, MI)

00762770
Prison Identification #

1181 Paddock rd | Smyrna | DE | 19977
Prison Address | City | State | Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**